# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Toranto, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel Jaffurs, an individual, *et al.*,<br><br>    Defendants. | Case No. 16-cv-1709-JAH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF No. 151]** |

On June 20, 2018, the parties filed a joint motion for an order to file portions of certain documents related to the parties' Joint Motion for Determination of Discovery Dispute No. 5 under seal. ECF No. 151. Specifically, the parties seek to file under seal the following documents:

1. Portions of the Joint Memorandum of Points and Authorities for Determination of Discovery Dispute No. 5;
2. Portions of the Declaration of Howard C. Wu in Support of the joint motion;
3. Exhibits B, C, D, and G to the Declaration of Howard C. Wu in Support of the joint motion;

4. Portions of the Declaration of Joanne Alnajjar Buser in Support of the joint motion;

5. Exhibits E, G, and H to the Declaration of Joanne Alnajjar Buser in Support of the joint motion;

A party requesting that the court seal materials attached to a non-dispositive motion must make a particularized showing of good cause. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Here, the parties have given no reason any of the documents require sealing other than that the documents were or reveal information designated as "CONFIDENTIAL" when they were produced. ECF No. 151 at 1-2. This reason is itself not sufficient to constitute good cause. *See Durham v. Halibrand Performance Corp.*, No. 14CV1151 DMS (JLB), 2014 WL 12520130, at *1 (S.D. Cal. Dec. 12, 2014) ("That a document is designated confidential pursuant to a protective order is of little weight when it comes to sealing documents which are filed with the Court."); *Cortina v. Wal-Mart Stores, Inc.*, No. 13-CV-02054-BAS-DHB, 2016 WL 4556455, at *1 (S.D. Cal. Sept. 1, 2016) ("[P]arty's designation of documents as 'confidential' pursuant to such [protective] order, is not itself sufficient to show good cause."); *San Diego Comic Convention v. Dan Farr Prods.*, No. 14-CV-1865 AJB (JMA), 2018 WL 1744536, at *3 (S.D. Cal. Apr. 10, 2018) ("Indeed, some district courts have declined to seal documents when the sole basis for the request is a protective order that covers them."). In its July 24, 2018 order on sealing, the Court cautioned the parties that they must provide more specific reasons why documents they are seeking to seal need to be protected from public access in any further motions to seal. ECF No. 167.

However, since this motion was filed before that Order was entered, the Court again will take an independent review of the documents and will **GRANT** the motion to seal the requested documents. These documents relate to or cite to documents related to the Dr. Toranto's application for privileges at Rady's or

otherwise include personal information regarding him or other individuals that the Court finds appropriate for sealing.

**IT IS SO ORDERED.**

Dated: August 6, 2018

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge