UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TORANTO,<br><br>                Plaintiff,<br>v.<br>DANIEL JAFFURS, et al.,<br><br>              Defendants. | Case No. 16cv1709-JAH (NLS)<br><br>**ORDER DENYING EX PARTE MOTIONS FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION (Doc. Nos. 335, 336) AS MOOT** |

Plaintiff filed ex parte motions for leave to file sur-replies in further opposition to Defendant Dr. Jaffurs and Rady's motions for summary judgment. See Doc. Nos. 335, 336. On September 13, 2019, this Court issued an Order denying Defendants' motions for summary judgment (Doc. Nos. 275, 288, 289, 291). See Doc. No. 361. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's ex parte motions (Doc. Nos. 335, 336) for leave to file sur-replies in further opposition to the motions for summary judgment are **DENIED as moot**.

**IT IS SO ORDERED**.

DATED: September 16, 2019

                                                                    JOHN A. HOUSTON
                                                                    United States District Judge