# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Toranto, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Daniel Jaffurs, an individual, *et al.*,<br><br>　　　　Defendants. | Case No. 16-cv-1709-JAH-NLS<br><br>**ORDER REGARDING MANDATORY SETTLEMENT CONFERENCE** |

The Court **ORDERS** the following with respect to the parties' upcoming Mandatory Settlement Conference:

- Plaintiff Jason Toranto and his counsel are ordered to appear on **October 21, 2019** at **10:00 a.m.**
- Defendants Children's Hospital of Orange County and CHOC Medical Staff and their counsel are ordered to appear on **October 22, 2019** at **10:00 a.m.**
- Defendant Daniel Jaffurs and his counsel are ordered to appear on **October 22, 2019** at **11:00 a.m.**
- Defendants Amanda Gosman, Rady's Children Specialists of San Diego, and Rady Children's Medical Staff and their counsel are ordered

to appear on **October 22, 2019** at **2:00 p.m.**

- On October 22, 2019, Plaintiff and his counsel do not have to personally appear but must remain available on standby via telephone to communicate with the Court and respond to any settlement overtures.

All appearances should be made at the Chambers of Judge Stormes, 333 West Broadway, Suite 1210, San Diego, CA 92101.

**IT IS SO ORDERED.**

Dated: October 18, 2019

Hon. Nita L. Stormes
United States Magistrate Judge