# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Toranto, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Daniel Jaffurs, an individual, *et al.*, <br><br> Defendants. | Case No. 16-cv-1709-JAH-NLS <br><br> **ORDER GRANTING JOINT *EX PARTE* REQUEST REGARDING PLAINTIFF'S RULE 11 MOTION** <br><br> **[ECF Nos. 371, 375]** |

On October 8, 2019, Plaintiff filed a Motion for Rule 11 Sanctions against third party UCSD. ECF No. 369. Before the Court now is the parties' joint request to set this motion for hearing in front of Magistrate Judge Stormes and for the Court to issue a scheduling order consistent with the new hearing date. ECF Nos. 371, 375.

The parties state that the Rule 11 sanctions motion is based on the same underlying conduct as Plaintiff's previous Motion for Civil Contempt and Sanctions against UCSD. *See* ECF No. 357. The only reason for two separate motions is so that Plaintiff could satisfy the requirements under Rule 11 that such a motion be brought "separately from any other motion." ECF No. 375 at 2. Thus, because the previous Motion for Contempt has been referred to and set for hearing in front of

Judge Stormes on November 13, 2019, the parties request the same hearing date for the Rule 11 motion and for the Court to set a consistent briefing schedule. *Id.* at 2-3; *see also* ECF No. 363, 368.

Good cause appearing, the Court **GRANTS** the motion. The Rule 11 motion was originally set in front of District Judge Houston, but has now reset in front of Magistrate Judge Stormes. A hearing on the motion is set for **November 13, 2019** at **10:00 a.m.** in Courtroom 15B. UCSD must file its opposition by **October 30, 2019**. Plaintiff must file his reply by **November 6, 2019**.

**IT IS SO ORDERED.**

Dated: October 18, 2019

Hon. Nita L. Stormes
United States Magistrate Judge