UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Toranto, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel Jaffurs, an individual, *et al.*,<br><br>    Defendants. | Case No. 16-cv-1709-JAH-NLS<br><br>**ORDER:**<br><br>**(1) RESETTING HEARING FOR PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS AND RULE 11 MOTION AGAINST UCSD; and**<br><br>**(2) SETTING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY ISSUE OR TERMINATING SANCTIONS SHOULD NOT BE ISSUED AGAINST GOSMAN AND RADY DEFENDANTS** |

    Pending before the Court are Plaintiff's Motion for Civil Contempt and Sanctions against UCSD and Counsel (ECF No. 357) and Motion for Sanctions against UCSD under Rule 11 (ECF No. 369). On November 22, 2019, Plaintiff filed a Notice of Further Evidence and *Ex Parte* Application for Leave to take Deposition, regarding late produced documents related to those motions against UCSD. ECF No. 400. In addition, Plaintiff filed an *Ex Parte* Motion for Order to

| | |
|---|---|
| 1 | Show Cause against Defendant Gosman and the Rady Defendants, related to the |
| 2 | same late produced documents. ECF No. 404. Defendant Gosman and the Rady |
| 3 | Defendants filed an opposition to the *ex parte*. ECF No. 408. |
| 4 | In order to address these outstanding motions, the Court **ORDERS** as |
| 5 | follows: |

(1) The hearing for Plaintiff's motions against UCSD (ECF Nos. 357, 369) set for December 3, 2019 is **VACATED** and **RESET** for **January 27, 2020** at **10:00 a.m.** in Courtroom 15B before Judge Nita L. Stormes.

(2) Defendant Gosman and the Rady Defendants shall have until **January 13, 2020** to file a full response to Plaintiff's motion for issues/terminating sanctions against them (ECF No. 404). The Court also **SETS** a hearing on this motion for **January 27, 2020** at **10:00 a.m.** in Courtroom 15B before Judge Nita L. Stormes.

**IT IS SO ORDERED.**

Dated: November 25, 2019

Hon. Nita L. Stormes
United States Magistrate Judge