UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TORANTO,<br><br>                      Plaintiff,<br><br>v.<br><br>DANIEL JAFFURS, et al.,<br><br>                      Defendants. | Case No.: 16cv1709-JAH (NLS)<br><br>**ORDER DENYING DEFENDANTS' EX PARTE REQUEST TO RESET PRETRIAL CONFERENCE AND RELATED DEADLINES** |

On December 5, 2019, Defendants filed an *Ex Parte* Request to Reset Pretrial Conference and Related Deadlines. Doc. No. 410. Specifically, Defendants request the pretrial conference be rescheduled by two weeks from the current date of December 16, 2019, and all other corresponding deadlines be extended accordingly. *See id.* After a careful review of the *ex parte* request and Plaintiff's opposition to the request, IT IS HEREBY ORDERED the Court **DENIES** Defendants' *ex parte* request.

**IT IS SO ORDERED.**

DATED: December 9, 2019

_____
JOHN A. HOUSTON
United States District Judge

1

16cv1709-JAH (NLS)