UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Toranto, *an individual*,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Daniel Jaffurs, *an individual*; Amanda Gosman, *an individual*; Rady Children's Hospital-San Diego, *a California corporation*; Rady Children's Specialists of San Diego, *an unincorporated medical practice foundation*; Rady Children's Medical Staff, *an unincorporated association*; Children's Hospital of Orange County, *a California corporation*; and CHOC Medical Staff, *an unincorporated association*<br><br>　　　　　　　　Defendants. | Case No.:　16cv1709-JAH (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (Doc. No. 418).** |

///
///
///
///
///

Pending before the Court is Plaintiff Jason Toranto and Defendant Daniel Jaffurs', *et al.*, Joint Motion to Dismiss Action with Prejudice. *See* Doc. No. 418. IT IS HEREBY ORDERED the motion is **GRANTED**. This action is hereby dismissed in its entirety with prejudice, with all parties bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 25, 2020

_____
JOHN A. HOUSTON
United States District Court